UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DEMBOWSKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARRIOTT INTERNATIONAL INC.,<br><br>　　　　Defendant. | Case No. 14-cv-02037-VC<br><br>**ORDER TO SHOW CAUSE** |

On April 1, 2014, Plaintiff Joseph Dembowski filed in state court this lawsuit for breach of an employment contract. On May 2, 2014, Defendant Marriott International Inc. ("Marriott") removed the case to federal court on the basis of diversity jurisdiction. Given that Dembowski earned less than $63,000 per year and the complaint was filed less than six months after his termination, it is not clear that the amount in controversy requirement for diversity jurisdiction is satisfied in this case. Marriott is therefore ordered to show cause why the requirement is satisfied. Marriott shall file a memorandum of law no longer ten pages by **June 3, 2014**. Dembowski shall file a response, also no longer than ten pages, by **June 17, 2014**.

**IT IS SO ORDERED.**

Dated: May 20, 2014

_____
VINCE CHHABRIA
United States District Judge