United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH DEMBOWSKI,

    Plaintiff,

  v.

MARRIOTT INTERNATIONAL INC.,

    Defendant.

Case No. 14-cv-02037-VC

**ORDER OF REMAND**

Defendant Marriott International Inc. has failed to provide evidence that it is "more likely than not" that the amount in controversy in this case exceeds $75,000. *See Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1116 (9th Cir. 2004). At the time of removal, the lost wages Plaintiff Joseph Dembowski could recover should he succeed on his claim were less than $40,000. (*See* Schiewek Decl. ¶ 3, Docket No. 1). Marriott suggests that the Court should consider not only these wages, but also Dembowski's possible "future damages," accrued after removal. (Docket No. 17, at 3-4). Such damages are too speculative to support federal jurisdiction in this case. *See Fortescue v. Ecolab Inc.*, No. CV 14-0253 (FMO) (RZX), 2014 WL 296755, at *2 (C.D. Cal. Jan. 28, 2014) (collecting cases). The Court therefore remands the case to the Alameda County Superior Court. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

Dated: June 18, 2014

_____
VINCE CHHABRIA
United States District Judge